UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURBAKHSH SINGH,<br><br>    Petitioner,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Respondents. | CASE NO. C20-0021 RSM<br><br>STIPULATION AND ORDER FOR DISMISSAL |

 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the voluntary dismissal of the above-captioned action with each party to bear their own fees or costs. The parties also agree that the temporary stay of removal (Dkt. No. 5) be vacated.

//
//
//

 Respectfully submitted,

STIPULATED ORDER FOR DISMISSAL
C20-021-RSM-BAT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 5th day of February, 2020.

/s/ *Mark B. Nerheim*
MARK B. NERHEIM, WSBA #35345
Law Offices of Mark B. Nerheim
600 First Avenue, Suite 529
Seattle, WA 98104
Phone: 206-228-3672
Email: marknerheim@aol.com
*Attorney for Petitioner*

BRIAN T. MORAN
United States Attorney

/s/ *Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: michelle.lambert@usdoj.gov
*Attorneys for Respondents*

STIPULATED ORDER FOR DISMISSAL
C20-021-RSM-BAT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED and the temporary stay of removal is VACATED. The case is dismissed.

DATED this 6th day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BRIAN T. MORAN
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS# 4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 1201
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

STIPULATED ORDER FOR DISMISSAL
C20-021-RSM-BAT - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970